

FILED
Oct 16 2020
4:36 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ meganb     DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TODD MATTHEW JOHNSON (1),<br>　aka "Coyote",<br>JUSTIN NEIL FAY (2),<br>　aka "Road Block",<br><br>　　　　Defendants. | Case No. '20 CR3235 JAH<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Methamphetamine; Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

### Count 1

On or about November 16, 2018, within the Southern District of California, defendant TODD MATTHEW JOHNSON, aka "Coyote", did knowingly and intentionally distribute 5 grams and more, to wit: approximately 28.4 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//

BAB:nlv(1):San Diego:10/16/20

## Count 2

On or about December 13, 2018, within the Southern District of California, defendant TODD MATTHEW JOHNSON, aka "Coyote", did knowingly and intentionally distribute 5 grams and more, to wit: approximately 13.7 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 3

On or about December 18, 2018, within the Southern District of California, defendant TODD MATTHEW JOHNSON, aka "Coyote", did knowingly and intentionally distribute 5 grams and more, to wit: approximately 27.57 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 4

On or about February 19, 2019, within the Southern District of California, defendant TODD MATTHEW JOHNSON, aka "Coyote", did knowingly and intentionally distribute 5 grams and more, to wit: approximately 28.29 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 5

On or about March 29, 2019, within the Southern District of California, defendant TODD MATTHEW JOHNSON, aka "Coyote", did knowingly and intentionally distribute 5 grams and more, to wit: approximately 27.3 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 6

Beginning on a date unknown to the grand jury and continuing up to and including October 16, 2020, within the Southern District of California, and elsewhere, defendants TODD MATTHEW JOHNSON, aka "Coyote", and JUSTIN NEIL FAY, aka "Road Block", and Candice Marie Harrington (charged elsewhere), did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more, to wit: approximately 171.7 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 6 are re-alleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853(a).

Upon conviction of one or more of the felony offenses alleged in Counts 1 through 6 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), defendants TODD MATTHEW JOHNSON, aka "Coyote", and JUSTIN NEIL FAY, aka "Road Block", shall forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offense(s), and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations.

//

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the Court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: October 16, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
BENJAMIN A. BISH
Assistant U.S. Attorney