UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **20-cr-03235-RSH** |
|---|---|
| Plaintiff, | **20-cr-03236-RSH** |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| **Todd Matthew Johnson**, | |
| Defendant. | |

1

1
2
3
4
5
6   For good cause shown and upon joint motion of the parties, IT IS HEREBY
7   ORDERED that the Motion Hearing currently set for September 23, 2022 at 1:30pm be
8   continued to October 21, 2022 at 1:30pm.
9   It is FURTHER ORDERED that, the parties agreeing to exclusion of time, the time
10  between those two dates is excluded under the Speedy Trial Act in the interests of justice
11  pursuant to 18 U.S.C. § 3161(h)(7), in that the Court finds, for reasons set forth in the joint
12  motion, that the ends of justice served by the granting of the continuance outweigh the
13  interest of the public and the defendant in a speedy trial.
14  **IT IS SO ORDERED.**
15  Dated: September 2, 2022

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge